REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**     **Under Seal:** Yes ___ No X    **Judge Assigned:** ___

City ___    Superseding Indictment ___    **Criminal Number:** 4:24cr 47

County/Parish York    Same Defendant ___    New Defendant NO

Magistrate Judge Case Number ___    **Arraignment Date:** ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

**Defendant Information:**

Juvenile --Yes ___ No X    FBI # ___

Defendant Name: Michael Dillard    Alias Name(s) ___

Address: Stafford, VA 22556

Employment: Office, Director of National Intelligence

Birth date 12/1961    SS# 6280    Def Sex M    Race Blk    Nationality US    Place of Birth Virginia

Height ___    Weight ___    Hair ___    Eyes BR    Scars/Tattoos ___

Interpreter: X No ___ Yes    List language and/or dialect: ___

**Location Status:**

Arrest Date ___

___ Already in Federal Custody as of ___ in ___

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

X Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ___

**Defense Counsel Information:**

Name: Jarrett McCormack    ___ Court Appointed

Address: ___    X Retained

Telephone: ___    ___ Public Defender

___ Office of Federal Public Defender should not be appointed due to conflict of interest

___ CJA attorney ___ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA Eric M. Hurt    Telephone No: 591-4000    Bar #35765

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI Michael Velazquez

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. 2241(a) | Aggravated sexual abuse | 1 and 2 | felony |
| Set 2 | 18 U.S.C. 2242(2) | Sexual abuse | 3 and 4 | felony |
| Set 3 | 18 U.S.C. 2244(b) | Sexual contact | 5 and 6 | felony |
| | 18 U.S.C. 1001 | False statement | 7 | |